Aubrey Harwell and Others, Copartners, etc., Respondents, Appellants, v. George A. McClellan, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

Edmond Van Dyk, Respondent, v. The National Surety Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

Harby Steamship Company, Inc., Respondent, Appellant, v. Erie Railroad Company, Appellant, Respondent, Impleaded with Another.— Order modified as stated in order entered hereon, and as modified affirmed, without costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

Bartholomew Dunn, as Executor, etc., Plaintiff, v. The City of New York, Defendant. John C. Wait, Attorney for the Plaintiff, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

George H. McFadden and Others, Appellants, v. Clarence K. McCormick, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to renew on proper papers. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

Charles H. Murray, Appellant, v. Dart Motor Truck Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

David Cohen, Appellant, v. Daniel T. Gilmartin and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements; the time for examination to proceed to be fixed in order. No opinion. Order to be settled on notice. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.; Page, J., dissented.

Justina Mills Underhill, Respondent, v. Rawson Underhill, Appellant.— Order reversed and motion granted as stated in order on the authority of Van Valkenburgh v. Van Valkenburgh (149 App. Div. 482). Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

Endicott Fiske, Respondent, v. Atlantic Coast Line Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

James Neil, Appellant, v. Jessie Neil, Individually and as Executrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.

Black & White and Town Taxis, Inc., Respondent, v. Harry Aronson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.